

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-26-00014-CV

_____

EHI LAMBERT-AIKHIONBARE, APPELLANT

V.

TREY CROOK III, JACK MANNING, PARK CENTRAL HOA, CHELSEA HAYNES, AND GOODWIN & COMPANY, APPELLEES

On Appeal from the 95th District Court
Dallas County, Texas
Trial Court No. DC-25-03609, Honorable Monica Purdy, Presiding

June 8, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and PRATT, JJ.

Appellant, Ehi Lambert-Aikhionbare, proceeding pro se, appeals from the trial court's summary judgment.[1]  Appellant's brief was originally due April 30, 2026, but was not filed.  By letter of May 8, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by May

---

[1] Originally appealed to the Fifth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE § 73.001.

18, 2026.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam